Matter of Amiyah B.G. (Ariel E.G.) (2025 NY Slip Op 01495)

Matter of Amiyah B.G. (Ariel E.G.)

2025 NY Slip Op 01495

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, NOWAK, AND KEANE, JJ.

153 CAF 23-01150

[*1]IN THE MATTER OF AMIYAH B.G. AND HUNTER S.
ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT;
and
ARIEL E.G. AND JOHN E.G., RESPONDENTS-APPELLANTS. (APPEAL NO. 2.) 

THOMAS L. PELYCH, HORNELL, FOR RESPONDENT-APPELLANT ARIEL E.G.
ANDREW J. DIPASQUALE, ROCHESTER, FOR RESPONDENT-APPELLANT JOHN E.G.
ALLISON B. CARROW, COUNTY ATTORNEY, BELMONT, FOR PETITIONER-RESPONDENT.
MARY ANNE CONNELL, BUFFALO, ATTORNEY FOR THE CHILDREN. 

 Appeals from an order of the Family Court, Allegany County (Thomas P. Brown, J.), entered June 9, 2023, in a proceeding pursuant to Family Court Act article 10. The order, inter alia, continued the placement of the subject children in foster care. 
It is hereby ORDERED that said appeals are unanimously dismissed without costs.
Same memorandum as in Matter of Amiyah G.G. (Ariel E.G.) ([appeal No. 1] — AD3d — [Mar. 14, 2025] [4th Dept 2025]).
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court